# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2023

## NO. 03-22-00761-CV

**In the Matter of B. K. A., Jr., a Minor**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on November 15, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.